MILBANK, TWEED, HADLEY & McCLOY LLP
Linda Dakin-Grimm
Daniel Perry
Tyson Lomazow
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000
*Attorneys for Compass Financial Partner LLC and*
*Compass USA SPE LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CCM PATHFINDER POMPANO BAY,

        Plaintiff,

   vs.

COMPASS FINANCIAL PARTNERS LLC,
and COMPASS USA SPE LLC

        Defendants.

08 Civ. _____

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 FOR COMPASS FINANCIAL PARTNERS LLC**

The undersigned is counsel to Defendant Compass Financial Partners LLC.

Pursuant to Federal Rule of Civil Procedure 7.1, Compass Financial Partners LLC has no parent

corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      June 9, 2008

           MILBANK, TWEED, HADLEY & McCLOY LLP

           By:

           Linda Dakin-Grimm
           Daniel Perry
           Tyson Lomazow
           1 Chase Manhattan Plaza
           New York, NY 10005-1413
           (212) 530-5000
           *Attorneys for Defendants Compass Financial*
           *Partners LLC and Compass USA SPE LLC*