UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CCM PATHFINDER POMPANO BAY, LLC, | 08 Civ. 5258 |
| Plaintiff, | Removed from: Supreme Court of the State of New York County of New York |
| -against- | |
| COMPASS FINANCIAL PARTNERS LLC and COMPASS USA SPE LLC, | Index No. 106953-08 |
| | Date Filed: 05/20/08 |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I caused a true and correct copy of the NOTICE OF REMOVAL to be served by Federal Express upon the following:

> Betty M. Shumener
> Todd B. Marcus
> Robert J. Odson
> DLA Piper US LLP
> 1251 Avenue of the Americas
> New York, NY 10020
> (212) 335-4500

DATED:    June 9, 2008

By: /s/ Jake Wea