UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CCM PATHFINDER POMPANO BAY, LLC, | 08 Civ. 5258 (JSR) |
| Plaintiff, | |
| -against- | CERTIFICATE OF SERVICE |
| COMPASS FINANCIAL PARTNERS LLC and COMPASS USA SPE LLC, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I caused a true and correct copy of the Reply Memorandum of Law in Support of Compass's Motion for Transfer of Venue to the United States District Court for the District of Nevada to be served by the Court's ECF System upon the following:

> Betty M. Shumener
> Todd B. Marcus
> Robert J. Odson
> DLA Piper US LLP
> 1251 Avenue of the Americas
> New York, NY 10020
> (212) 335-4500

DATED:   July 21, 2008,

By: /s/ Mahe Weae