```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
CCM PATHFINDER POMPANO BAY, LLC,        :
                                        :     08 Civ. 5258 (JSR)
              Plaintiff,                :
                                        :
         -v-                            :
                                        :
COMPASS FINANCIAL PARTNERS LLC and      :
COMPASS USA SPE LLC,                    :
                                        :
              Defendants.               :
---------------------------------------- x
---------------------------------------- x
CCM PATHFINDER POMPANO BAY, LLC,        :
                                        :     08 Civ. 5297 (JSR)
              Plaintiff,                :
                                        :
         -v-                            :
                                        :
COMPASS FINANCIAL PARTNERS LLC and      :
COMPASS USA SPE LLC,                    :
                                        :
              Defendants.               :
---------------------------------------- x
---------------------------------------- x
CCM PATHFINDER GRAMERCY, LLC,           :
                                        :     08 Civ. 5298 (JSR)
              Plaintiff,                :
                                        :
         -v-                            :
                                        :
COMPASS FINANCIAL PARTNERS LLC and      :
COMPASS USA SPE LLC,                    :
                                        :
              Defendants.               :
---------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08

JED S. RAKOFF, U.S.D.J.                                    ORDER

    On August 4, 2008, Courtroom View Network ("CVN") submitted a written application requesting that the Court issue an order pursuant to Local Civil Rule 1.8 permitting CVN to record and provide audio-visual coverage of an August 11, 2008 hearing, now scheduled for August 21, 2008, at 5:00 p.m., in the above-captioned actions.  On

August 6, 2008, counsel for all parties informed the Court in writing that they have no objection to CVN's request. While there are some cases in which the presence of audio-visual equipment might raise institutional concerns, this is not one of them. Accordingly, CVN's application is hereby granted.

SO ORDERED.

                                      JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 6, 2008